## ALBERT NYVELDT *v.* DEPARTMENT OF CORRECTION
### (AC 20735)

Schaller, Zarella and Pellegrino, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.

## WILLIAM F. BENNETT *v.* WILLIAM J. BAKER
### (AC 20090)

Schaller, Zarella and Pellegrino, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.

## MYRNA LABOW *v.* RONALD LABOW
### (AC 19679)

Lavery, C. J., and Foti and O'Connell, Js.

Submitted on briefs September 15—officially released October 31, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DARRIN WELLS
### (AC 19678)

Schaller, Zarella and Daly, Js.

Argued September 20—officially released October 31, 2000

Per Curiam. The judgment is affirmed.